LAW OFFICES
# DOWNING & PECK, P.C.
ATTORNEYS AND COUNSELORS AT LAW
17 BATTERY PLACE - SUITE 324
NEW YORK, NEW YORK 10004

JOHN M. DOWNING
MARGUERITE D. PECK
JOHN M. DOWNING, JR.***
ERNEST J. PECK

TEL (212) 514-9190
FAX (212) 514-9241
WWW.DOWNINGPECK.COM

***MEMBER NY, NJ, & CT BARS

NEW JERSEY OFFICE:
1 DURYEA ROAD
UPPER MONTCLAIR, NJ 07043
(917) 744-5700

March 10, 2020

Honorable Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Joung, Haeseung v. Patel
     D/O/A March 8, 2017
     D&P No.: 3.1361
     Index No.: 18-CV-03451

Honorable Sir:

This office represents defendants in the above matter.

I submit this letter on behalf of plaintiff and defendants jointly to advise of the status of the settlement of the case.

A settlement check for the full amount of the settlement was mailed to plaintiff's attorneys, Law Offices of Gary S. Park, P.C., on March 10, 2020.

Very truly yours,
DOWNING & PECK, P.C.

MARGUERITE D. PECK

MDP/de